IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DORIS DORETHA WILLIAMSON | : |
| Petitioner, | : |
| v. | : CIVIL ACTION |
| NANCY GIROUX, et al. | : NO. 12-1477 |
| Respondents. | : |

**FILED SEP - 6 2013 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk**

### ORDER

AND NOW, this 5th day of September, 2013, upon independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. Petitioner's Petition for a Writ of Habeas Corpus is **DENIED**;

3. Petitioner's Petition for Appointment of Counsel (Doc. 31) is **DENIED**;

4. There is no probable cause to issue a certificate of appealability.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark the above-captioned matter as **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Petrese B. Tucker*
Hon. Petrese B. Tucker, C.J.